IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ADAM AUSTINO | : | CIVIL ACTION |
| v. | : | |
| CITY OF VINELAND, et al. | : | NO. 20-1151 |

ORDER

AND NOW, this 14th day of September 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendants City of Vineland, Anthony Fanucci, and Gregory Pacitto to dismiss plaintiff's complaint with prejudice (Doc. # 19) is GRANTED insofar as it alleges claims under 42 U.S.C. § 1983; and

(2) the claims of plaintiff under the New Jersey Conscientious Employee Protection Act, N.J.S.A. § 34:19-1, et seq., are DISMISSED without prejudice under 28 U.S.C. § 1367(c).

BY THE COURT:

/s/ Harvey Bartle III
_____
J.